HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAEED AHMED,

          Petitioner,

v.

LORETTA LYNCH, et al.,

          Respondents.

CASE NO. C16-398-RAJ-BAT

ORDER OF DISMISSAL

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's objections, the Government's response to those objections, and the balance of the record, does hereby find and ORDER:

1. Petitioner objected to the Report and Recommendation on June 14, 2016. Dkt. # 11. On June 21, 2016, the Petitioner was removed to Ghana. Dkt. # 14 (Notice of Removal). The Government timely responded to Petitioner's objections on June 28, 2016. Dkt. # 12.

2. On July 13, 2016, the Government submitted a Notice of Removal regarding

ORDER - 1

Petitioner's removal to Ghana.  Dkt. # 14.

3. Petitioner is no longer in custody in the United States, and therefore his initial habeas action is moot.  Therefore, this action is **DISMISSED** without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 19th day of July, 2016.

 

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER - 2